Anna M. Martin (Nevada Bar No. 7079)
**RIMAC MARTIN P.C.**
P.O. Box 7028
Incline Village, NV 89450
Telephone: (775) 733-2269
Facsimile: (775) 833-2279
Email: amartin@rimacmartin.com

1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Plaintiff Provident Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Vivian Lee (Rusty) Hoffman; Michelle D. Leonard; Michele D. Leonard as individual and as executrix of the estate of Lori Wattier; and Cynthia Lee Hoffman,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01665<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER**<br><br>Judge: Hon. Andrew P. Gordon |

T IT IS HEREBY STIPULATED by and between the Plaintiff, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and Defendants Vivian Lee (Rusty) Hoffman; Michelle D. Leonard; Michele D. Leonard as individual and as executrix of the estate of Lori Wattier; and Cynthia Lee Hoffman, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**IT IS SO ORDERED**.

Dated:  April 27, 2015.　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;　　　　　　ORDER

Dated: April 24, 2015                                RIMAC MARTIN

By: /s/ Anna M. Martin
Anna M. Martin
Attorney for Plaintiff
Unum Life Insurance Company of America

Dated: April 24, 2015

By: /s/ Michele Leonard
Michele Leonard in her individual capacity
and her capacity as the executrix of the
Estate of Lori Wattier
Pro Se Defendant

Dated: April 24, 2015

By: /s/ Cynthia Lee Hoffman
Cynthia Lee Hoffman
Pro Se Defendant

Dated: April 24, 2015

By: /s/ Vivian Lee Hoffman
Vivian Lee Hoffman
Pro Se Defendant

IT IS SO ORDERED


Dated: _____
                                                   HONORABLE JUDGE ANDREW P. GORDON

- 2 -
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;                           ORDER